IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

    Plaintiff,                    No. CIV S-10-0893 MCE GGH PS

   vs.

CHASE BANK,

    Defendant.                 FINDINGS AND RECOMMENATIONS

_____/

       Plaintiff is proceeding pro se and has filed an in forma pauperis affidavit in which she states that she is presently employed and that her gross monthly earnings are $4,588. Plaintiff also states that she has $624,533 in her checking account.[1]

       Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees or security therefor" by an individual who submits an affidavit evidencing an inability to pay such fees or give security therefor. 28 U.S.C. § 1915(a). Plaintiff has made an inadequate showing of indigency in the affidavit before the court.

---

[1] In a more recent filing, dated June 29, 2010, plaintiff states that she has $12,000 in her checking account with Chase Bank.

1

1   Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's application to
2 proceed in forma pauperis be denied.
3   These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8 shall be served and filed within 14 days after service of the objections.  The parties are advised
9 that failure to file objections within the specified time may waive the right to appeal the District
10 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
11 DATED: August 25, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:076/Alfaro0893.ifp.wpd