IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

    Plaintiff,                                   CIV-S-10-0893 MCE GGH PS

    vs.

CHASE BANK,

    Defendant.                                ORDER

_____/

        On August 26, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed August 26, 2010, are ADOPTED; and

2. Plaintiff's application to proceed in forma pauperis is denied, and plaintiff is granted twenty-eight (28) days in which to pay the filing fee of $350.

Dated: October 13, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE