IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,                              No. 2:10-cv-00893-MCE-GGH PS

         Plaintiff,

   vs.                                       ORDER

CHASE BANK,

         Defendant.

_____/

        On October 13, 2010, the undersigned adopted the findings and recommendations filed August 26, 2010, which denied plaintiff's motion to proceed in forma pauperis and ordered plaintiff to submit the filing fee ($350.00) within twenty-eight days. To date, plaintiff has failed to submit the fee.

        Accordingly, IT IS ORDERED that this case is dismissed. The Clerk of the Court is directed to close the case.

Dated:  December 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1